**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Adrian Labar INGRAM, Defendant-Appellant.**

**No. 15-11868
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 13, 2017)

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff-Appellee

Before TJOFLAT, WILLIAM PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Martin C. Puetz, retained counsel for Adrian Labar Ingram in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ingram's conviction and sentence are **AFFIRMED**.